```
              IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

In Re:     Vonnet Holiday          ) Chapter 13
              Debtor(s)            )
                                   ) 25-11798-amc
                                   )
                                   )


CERTIFICATE OF SERVICE PURSUANT TO LOCAL RULE 3015.1

    I, David M. Offen, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Chapter 13 Plan has been served on all the creditors on the Attached Matrix via 1st Class Mail on May 13, 2025.


Dated:   May 13, 2025          /s/ David M. Offen
                               David M. Offen, Esquire
                               Attorney for Debtor(s)
                               The Curtis Center
                               601 Walnut Street, Suite 160 West
                               Philadelphia, PA 19106
                               215-625-9600
                               info@offenlaw.com

.

```
AES/PHEAA
Attn: Bankruptcy
Po Box 2461
Harrisburg, PA 17105


Affirm
650 California Street
San Francisco, CA 94104


Affirm, Inc.
Attn: Bankruptcy
650 California St, Fl 12
San Francisco, CA 94108


American First Finance
Attn: Bankruptcy
Po Box 565848
Dallas, TX 75356


American Honda Finance
Attn: Bankruptcy
Po Box 168088
Irving, TX 75016


Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899


Citibank
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179


Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176
```

```
Jpmcb
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203



Klarna
800 N High Street, Suite 400
Columbus, OH 43215



Main Line Health
P.O. Box 780163
Philadelphia, PA 19178-0163



Navient
Attn:  Bankruptcy
Po Box 9635
Wilkes Barre, PA 18773



Navy Federal Credit Union
Attn: Bankruptcy
Po Box 3302
Merrifield, VA 22119



PA Turnpike Commission
EZPass Customer Service Center
300 E Park Drive
Harrisburg, PA 17111



PA Turnpike Toll By Plate
PO Box 645631
Pittsburgh, PA 15264-5254



PennyMac Loan Services, LLC
Attn: Correspondence Unit
Po Box 514387
Los Angeles, CA 90051
```

```
Philadelphia Parking Authority
P.O. Box 41818
Philadelphia, PA 19101



Philadelphia Parking Authority
701 Market Street
Philadelphia, PA 19106



SBA
PO Box 3918
Portland, OR 97208-3918



The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062
```