**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Vonnet Holiday                                            CHAPTER 13

                        Debtor(s)

BKY. NO. 25-11798 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
13 May 2025, 14:07:24, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322

Document ID: e1e899892179f7fccccb2576c26636d3523139b6596f7776d12b5a535d8b83c5