| BR | CO | FILE |
|---|---|---|
| ME | WB9 | 000224 |

## YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement** — Page 1 of 1

Pay Period: 02/23/2025 - 03/01/2025
Pay Date: 03/07/2025
Basis Of Pay: Hourly (Weekly)
Employee ID: 000224

HOLIDAY, VONNET
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings Summary
Hours worked: 42.00

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $602.00 | $108.33 | $493.67 |
| $5,655.30 YTD | | $4,646.22 YTD |

### Earnings

| | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 5,292.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 363.30 |

### Payment Method

| | | |
|---|---|---|
| Checking Account ****5190 | | 493.67 |

**Important Information** — Help? Call HR/PR 215-251-6236
Federal taxable wages this period are: $602.00

### Taxes & Deductions

| | This Period | Year To Date |
|---|---|---|
| **Taxes** | $99.00 | $915.78 |
| Federal Income Tax | 33.04 | 295.59 |
| Social Security | 37.33 | 350.63 |
| Medicare | 8.73 | 82.00 |
| Pennsylvania Income Tax | 18.48 | 173.61 |
| Lower Merion TWP LST | 1.00 | 10.00 |
| Pennsylvania SUI | 0.42 | 3.95 |
| **Benefits** | $9.33 | $93.30 |
| AD&D | 9.33 | 93.30 |

Advice Number: 0000007318
Advice Date: 03/07/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID ******

| BR | CO | FILE |
|----|----|------|
| ME | WB9 | 000224 |

**YOHAS HELPING HAND LLC**
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement**

| | | Page 1 of 1 |
|---|---|---|
| Pay Period: | | 03/02/2025 - 03/08/2025 |
| Pay Date: | | 03/14/2025 |
| Basis Of Pay: | | Hourly (Weekly) |
| Employee ID: | | 000224 |

### Earnings Summary

Hours worked: 42.00

| Gross Pay | Taxes & Deductions | Net Pay |
|-----------|-------------------|---------|
| $602.00 | $75.28 | $526.72 |
| $6,257.30 YTD | | $5,172.94 YTD |

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings

| | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 5,852.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 405.30 |

### Payment Method

Checking Account ****5190    526.72

**Important Information** | **Help? Call HR/PR 215-251-6236**
Federal taxable wages this period are: $602.00

### Taxes & Deductions

| Taxes | This Period | Year To Date |
|---|---|---|
| | $65.95 | $981.73 |
| Federal Income Tax | -- | 295.59 |
| Social Security | 37.32 | 387.95 |
| Medicare | 8.73 | 90.73 |
| Pennsylvania Income Tax | 18.48 | 192.09 |
| Lower Merion TWP LST | 1.00 | 11.00 |
| Pennsylvania SUI | 0.42 | 4.37 |
| **Benefits** | **$9.33** | **$102.63** |
| AD&D | 9.33 | 102.63 |

Advice Number:    0000007428
Advice Date:    03/14/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID******

| BR | CO  | FILE   |
|----|-----|--------|
| ME | WB9 | 000224 |

## YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement** — Page 1 of 1

Pay Period: 03/09/2025 - 03/15/2025
Pay Date: 03/21/2025
Basis Of Pay: Hourly (Weekly)
Employee ID: 000224

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings Summary

| Hours worked: 42.00 | | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| $602.00 | $75.29 | $526.71 |
| $6,859.30 YTD | | $5,699.65 YTD |

### Earnings

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 6,412.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 447.30 |

### Payment Method

| | |
|---|---|
| Checking Account ****5190 | 526.71 |

**Important Information** — Help? Call HR/PR 215-251-6236
Federal taxable wages this period are: $602.00

### Taxes & Deductions

| | This Period | Year To Date |
|---|---|---|
| **Taxes** | $65.96 | $1,047.69 |
| Federal Income Tax | -- | 295.59 |
| Social Security | 37.33 | 425.28 |
| Medicare | 8.73 | 99.46 |
| Pennsylvania Income Tax | 18.48 | 210.57 |
| Lower Merion TWP LST | 1.00 | 12.00 |
| Pennsylvania SUI | 0.42 | 4.79 |
| **Benefits** | $9.33 | $111.96 |
| AD&D | 9.33 | 111.96 |

Advice Number: 0000007486
Advice Date: 03/21/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR | CO | FILE |
|---|---|---|
| ME | WB9 | 000224 |

## YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement** — Page 1 of 1

| | |
|---|---|
| Pay Period: | 03/16/2025 - 03/22/2025 |
| Pay Date: | 03/28/2025 |
| Basis Of Pay: | Hourly (Weekly) |
| Employee ID: | 000224 |

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings Summary
Hours worked: 42.00

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $602.00 | $75.28 | $526.72 |
| $7,461.30 YTD | | $6,226.37 YTD |

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 6,972.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 489.30 |

**Payment Method**

| | | |
|---|---|---|
| Checking Account ****5190 | | 526.72 |

| Important Information | Help? Call HR/PR 215-251-6236 |
|---|---|
| Federal taxable wages this period are: $602.00 | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$65.95** | **$1,113.64** |
| Federal Income Tax | — | 295.59 |
| Social Security | 37.32 | 462.60 |
| Medicare | 8.73 | 108.19 |
| Pennsylvania Income Tax | 18.48 | 229.05 |
| Lower Merion TWP LST | 1.00 | 13.00 |
| Pennsylvania SUI | 0.42 | 5.21 |
| **Benefits** | **$9.33** | **$121.29** |
| AD&D | 9.33 | 121.29 |

| | |
|---|---|
| Advice Number: | 0000007615 |
| Advice Date: | 03/28/2025 |

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR | CO | FILE |
|---|---|---|
| ME | WB9 | 000224 |

**YOHAS HELPING HAND LLC**
YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement**  Page 1 of 1

Pay Period: 03/23/2025 - 03/29/2025
Pay Date: 04/04/2025
Basis Of Pay: Hourly (Weekly)
Employee ID: 000224

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings Summary
Hours worked: 41.45

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $590.45 | $74.04 | $516.41 |
| $8,051.75 YTD | | $6,742.78 YTD |

### Earnings

| | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 7,532.00 |
| Overtime | 21.0000 | 1.4500 | 30.45 | 519.75 |

### Payment Method

| | | |
|---|---|---|
| Checking Account ****5190 | | 516.41 |

**Important Information** | **Help? Call HR/PR 215-251-6236**
Federal taxable wages this period are: $590.45

### Taxes & Deductions

| | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$64.71** | **$1,178.35** |
| Federal Income Tax | -- | 295.59 |
| Social Security | 36.61 | 499.21 |
| Medicare | 8.56 | 116.75 |
| Pennsylvania Income Tax | 18.13 | 247.18 |
| Lower Merion TWP LST | 1.00 | 14.00 |
| Pennsylvania SUI | 0.41 | 5.62 |
| **Benefits** | **$9.33** | **$130.62** |
| AD&D | 9.33 | 130.62 |

Advice Number: 0000007775
Advice Date: 04/04/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******

| BR | CO | FILE |
|---|---|---|
| ME | WB9 | 000224 |

**YOHAS HELPING HAND LLC**
YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement**                                Page 1 of 1

Pay Period:         03/30/2025 - 04/05/2025
Pay Date:           04/11/2025
Basis Of Pay:       Hourly (Weekly)
Employee ID:        000224

### Earnings Summary

| Hours worked: 42.00 | | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| $602.00 | $75.28 | $526.72 |
| $8,653.75 YTD | | $7,269.50 YTD |

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 8,092.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 561.75 |

### Payment Method

| | | |
|---|---|---|
| Checking Account ****5190 | | 526.72 |

**Important Information**  Help? Call HR/PR 215-251-6236
Federal taxable wages this period are: $602.00

### Taxes & Deductions

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$65.95** | **$1,244.30** |
| Federal Income Tax | -- | 295.59 |
| Social Security | 37.32 | 536.53 |
| Medicare | 8.73 | 125.48 |
| Pennsylvania Income Tax | 18.48 | 265.66 |
| Lower Merion TWP LST | 1.00 | 15.00 |
| Pennsylvania SUI | 0.42 | 6.04 |
| **Benefits** | **$9.33** | **$139.95** |
| AD&D | 9.33 | 139.95 |

Advice Number:    0000007873
Advice Date:      04/11/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID ******

| BR | CO | FILE |
|---|---|---|
| ME | WB9 | 000224 |

**YOHAS HELPING HAND LLC**
YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement**                                    Page 1 of 1

Pay Period:         04/06/2025 - 04/12/2025
Pay Date:           04/18/2025
Basis Of Pay:       Hourly (Weekly)
Employee ID:        000224

### Earnings Summary
Hours worked: 42.00

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $602.00 | $75.29 | $526.71 |
| $9,255.75 YTD | | $7,796.21 YTD |

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

| Earnings | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 8,652.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 603.75 |

**Payment Method**

| | | | |
|---|---|---|---|
| Checking Account ****5190 | | 526.71 | |

| Important Information | Help? Call HR/PR 215-251-6236 |
|---|---|
| Federal taxable wages this period are: $602.00 | |

| Taxes & Deductions | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$65.96** | **$1,310.26** |
| Federal Income Tax | -- | 295.59 |
| Social Security | 37.33 | 573.86 |
| Medicare | 8.73 | 134.21 |
| Pennsylvania Income Tax | 18.48 | 284.14 |
| Lower Merion TWP LST | 1.00 | 16.00 |
| Pennsylvania SUI | 0.42 | 6.46 |
| **Benefits** | **$9.33** | **$149.28** |
| AD&D | 9.33 | 149.28 |

Advice Number:    0000008081
Advice Date:      04/18/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID ******

| BR | CO | FILE |
|----|----|------|
| ME | WB8 | 000224 |

**YOHAS HELPING HAND LLC**
YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement** — Page 1 of 1

Pay Period: 04/13/2025 - 04/19/2025
Pay Date: 04/25/2025
Basis Of Pay: Hourly (Weekly)
Employee ID: 000224

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings Summary

| Hours worked: 42.00 | | |
|---|---|---|
| Gross Pay | Taxes & Deductions | Net Pay |
| $602.00 | $75.28 | $526.72 |
| $9,857.75 YTD | | $8,322.93 YTD |

### Earnings

| | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 9,212.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 645.75 |

### Payment Method

| | |
|---|---|
| Checking Account ****5190 | 526.72 |

**Important Information** | Help? Call HR/PR 215-251-6236
Federal taxable wages this period are: $602.00

### Taxes & Deductions

| | This Period | Year To Date |
|---|---|---|
| **Taxes** | $65.95 | $1,376.21 |
| Federal Income Tax | -- | 295.59 |
| Social Security | 37.32 | 611.18 |
| Medicare | 8.73 | 142.94 |
| Pennsylvania Income Tax | 18.48 | 302.62 |
| Lower Merion TWP LST | 1.00 | 17.00 |
| Pennsylvania SUI | 0.42 | 6.88 |
| **Benefits** | $9.33 | $158.61 |
| AD&D | 9.33 | 158.61 |

Advice Number: 0000008126
Advice Date: 04/25/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID ******

| BR | CO | FILE |
|---|---|---|
| ME | WB9 | 000224 |

**YOHAS HELPING HAND LLC**
YOHAS HELPING HAND LLC
41 City Avenue
Bala Cynwyd, PA, 19004

**Earnings Statement**　　　　　　　　Page 1 of 1

Pay Period: 04/20/2025 - 04/26/2025
Pay Date: 05/02/2025
Basis Of Pay: Hourly (Weekly)
Employee ID: 000224

### Earnings Summary

| Gross Pay | Taxes & Deductions | Net Pay |
|---|---|---|
| $602.00 | $75.28 | $526.72 |
| $10,459.75 YTD | | $8,849.65 YTD |

Hours worked: 42.00

**HOLIDAY, VONNET**
4011 W MARSHALL RD
DREXEL HILL, PA, 19026-5114

### Earnings

| | Rate | Hours/Units | This Period | Year To Date |
|---|---|---|---|---|
| Regular Pay | 14.0000 | 40.0000 | 560.00 | 9,772.00 |
| Overtime | 21.0000 | 2.0000 | 42.00 | 687.75 |

### Payment Method

Checking Account ****5190　　　526.72

**Important Information**　Help? Call HR/PR 215-251-6236
Federal taxable wages this period are: $602.00

### Taxes & Deductions

| | This Period | Year To Date |
|---|---|---|
| **Taxes** | **$65.95** | **$1,442.16** |
| Federal Income Tax | -- | 295.59 |
| Social Security | 37.32 | 648.50 |
| Medicare | 8.73 | 151.67 |
| Pennsylvania Income Tax | 18.48 | 321.10 |
| Lower Merion TWP LST | 1.00 | 18.00 |
| Pennsylvania SUI | 0.42 | 7.30 |
| **Benefits** | **$9.33** | **$167.94** |
| AD&D | 9.33 | 167.94 |

Advice Number: 0000008253
Advice Date: 05/02/2025

******VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID VOID *******