

**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

**To**

**VONNET HOLIDAY**
436 Lombardy Rd
Drexel Hill, PA 19026

**PAYSTUB FOR DATES 4/13/2025-4/19/2025**

**PAY DATE:** 4/30/2025

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT |
|---|---|---|---|
| Wallingford Nursing and Rehab | 7.23 | $44.00 | $318.12 |
| TOTAL AMOUNT PAID THIS WEEK | | | $318.12 |



**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

**To**

VONNET HOLIDAY
436 Lombardy Rd
Drexel Hill, PA 19026

**PAYSTUB FOR DATES 3/30/2025-4/5/2025**

PAY DATE: 4/16/2025

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT |
|---|---|---|---|
| Wallingford Nursing and Rehab 2hr Inconvenience Fee to Center | 2.00 | $46.00 | $92.00 |
| TOTAL AMOUNT PAID THIS WEEK | | | $92.00 |



**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

To

VONNET HOLIDAY
436 Lombardy Rd
Drexel Hill, PA 19026

**PAYSTUB FOR DATES 3/23/2025-3/29/2025**

PAY DATE:  4/9/2025

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT |
|---|---|---|---|
| Wallingford Nursing and Rehab | 7.63 | $44.00 | $335.72 |
| TOTAL AMOUNT PAID THIS WEEK | | | $335.72 |



**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

**PAYSTUB FOR DATES 3/16/2025-3/22/2025**

PAY DATE: 4/2/2025

To

VONNET HOLIDAY
436 Lombardy Rd
Drexel Hill, PA 19026

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT |
|---|---|---|---|
| King of Prussia Nsg and Rehab | 7.95 | $46.00 | $365.70 |
| | TOTAL AMOUNT PAID THIS WEEK | | $365.70 |

600 W GERMANTOTOWN PIKE #400, PLYMOUTH MEETING, PA 19462 TEL: 267-406-0100/215-234-3944  FAX: 215-689-4102

Document      Page 5 of 8



**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

**PAYSTUB FOR DATES 3/9/2025-3/15/2025**

**PAY DATE:** 3/26/2025

**To**

VONNET HOLIDAY
436 Lombardy Rd
Drexel Hill, PA 19026

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT |
|---|---|---|---|
| Wallingford Nursing and Rehab | 7.55 | $44.00 | $332.20 |
| Wallingford Nursing and Rehab | 22.88 | $46.00 | $1,052.48 |
| | | TOTAL AMOUNT PAID THIS WEEK | $1,384.68 |

600 W GERMANTOTOWN PIKE #400, PLYMOUTH MEETING, PA 19462 TEL: 267-406-0100/215-234-3944 FAX: 215-689-4102

Page 1 of 1



**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

**To**

VONNET HOLIDAY
436 Lombardy Rd
Drexel Hill, PA 19026

PAYSTUB FOR DATES 3/2/2025-3/8/2025

PAY DATE: 3/19/2025

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT | |
|---|---|---|---|---|
| Wallingford Nursing and Rehab | 14.92 | $44.00 | | $656.48 |
| Wallingford Nursing and Rehab 2hr Inconvenience Fee to Center | 2.00 | $44.00 | | $88.00 |
| King of Prussia Nsg and Rehab 2hr Inconvenience Fee to Center | 2.00 | $47.00 | | $94.00 |
| | TOTAL AMOUNT PAID THIS WEEK | | | $838.48 |

600 W GERMANTOTOWN PIKE #400, PLYMOUTH MEETING, PA 19462 TEL: 267-406-0100/215-234-3944 FAX: 215-689-4102

Earnings Statement	Page 1 of 1



**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

**To**

**VONNET HOLIDAY**
436 Lombardy Rd
Drexel Hill, PA 19026

**PAYSTUB FOR DATES 2/23/2025-3/1/2025**

**PAY DATE:** 3/12/2025

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT |
|---|---|---|---|
| Wallingford Nursing and Rehab | 14.98 | $46.00 | $689.08 |
| TOTAL AMOUNT PAID THIS WEEK | | | $689.08 |

600 W GERMANTOTOWN PIKE #400, PLYMOUTH MEETING, PA 19462 TEL: 267-406-0100/215-234-3944 FAX: 215-689-4102

Earnings Statement                                              Page 1 of 1



**Top Choice Nursing**
600 W Germantown Pike Suite 400
Plymouth Meeting, PA 19462

**To**

VONNET HOLIDAY
436 Lombardy Rd
Drexel Hill, PA 19026

**PAYSTUB FOR DATES 2/16/2025-2/22/2025**

**PAY DATE:** 3/5/2025

| FACILITY NAME | HOURS WORKED | RATE | AMOUNT |
|---|---|---|---|
| Wallingford Nursing and Rehab | 7.87 | $44.00 | $346.28 |
| Wallingford Nursing and Rehab | 14.88 | $46.00 | $684.48 |
| TOTAL AMOUNT PAID THIS WEEK | | | $1,030.76 |

600 W GERMANTOTOWN PIKE #400, PLYMOUTH MEETING, PA 19462 TEL: 267-406-0100/215-234-3944 FAX: 215-689-4102