IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>VONNET HOLIDAY<br>　　Debtor,<br><br><br>AMERICAN HONDA FINANCE CORPORATION<br>　　Movant,<br><br>　　　　　v.<br><br>VONNET HOLIDAY, and<br>SCOTT F. WATERMAN, Trustee,<br>　　Respondents. | Bankruptcy No. 25-11798-amc<br><br>Chapter 13 |

**CERTIFICATE OF SERVICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF HEARING WITH RESPONSE DEADLINE**

　　I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on August 21, 2025.

　　The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first-class mail, electronic notification.

　　If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification," and those served by mail will be listed under the heading "Service by First-Class Mail."

SERVICE BY FIRST CLASS MAIL

| | |
|---|---|
| **Vonnet Holiday**<br>436 Lombardy Road<br>Drexel Hill, PA 19026 | **DAVID M. OFFEN**<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 |

ELECTRONIC NOTIFICATION

| | |
|---|---|
| **SCOTT F. WATERMAN [Chapter 13]**<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

Executed by: August 21, 2025

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135

*Counsel for American Honda Finance Corporation*