| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 25-11798-AMC**

| | |
|---|---|
| Vonnet Holiday | Petition Filed Date: 05/06/2025 |
| 436 Lombardy Road | 341 Hearing Date: 06/06/2025 |
| Drexel Hill  PA    19026 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/06/2025 | $540.00 | | | | | | | |

**Total Receipts for the Period: $540.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,080.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 01P | Priority Crediors | $700.22 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE »» 01U | Unsecured Creditors | $56.11 | $0.00 | $0.00 |
| 3 | AMERICAN HONDA FINANCE CORP »» 002 | Secured Creditors | $541.96 | $0.00 | $0.00 |
| 4 | PHEAA »» 003 | Unsecured Creditors | $15,234.79 | $0.00 | $0.00 |
| 5 | NAVY FEDERAL CREDIT UNION »» 004 | Unsecured Creditors | $17,045.32 | $0.00 | $0.00 |
| 6 | NAVY FEDERAL CREDIT UNION »» 005 | Unsecured Creditors | $20,545.84 | $0.00 | $0.00 |
| 7 | PENNYMAC  LOAN SERVICES LLC »» 006 | Mortgage Arrears | $12,031.92 | $0.00 | $0.00 |
| 8 | CHASE BANK USA NA »» 007 | Unsecured Creditors | $9,711.30 | $0.00 | $0.00 |
| 9 | CHASE BANK USA NA »» 008 | Unsecured Creditors | $655.55 | $0.00 | $0.00 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES »» 009 | Unsecured Creditors | $5,204.12 | $0.00 | $0.00 |
| 11 | AMERICAN FIRST FINANCE »» 010 | Unsecured Creditors | $217.97 | $0.00 | $0.00 |
| 12 | PHILADELPHIA PARKING AUTHORITY »» 011 | Unsecured Creditors | $1,251.00 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $9,216.27 | $0.00 | $0.00 |
| 14 | AIDVANTAGE on behalf of DEPT OF ED »» 013 | Unsecured Creditors | $45,608.04 | $0.00 | $0.00 |

**Chapter 13 Case No. 25-11798-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,080.00 | Current Monthly Payment: | $540.00 |
| Paid to Claims: | $0.00 | Arrearages: | $540.00 |
| Paid to Trustee: | $59.40 | Total Plan Base: | $19,440.00 |
| Funds on Hand: | $1,020.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.