IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>VONNET HOLIDAY<br>    Debtor,<br><br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant,<br><br>        v.<br><br>VONNET HOLIDAY, and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>    Respondents. | Bankruptcy No. 25-11798-amc<br><br><br><br>Chapter 13 |

**PRAECIPE TO RE-LIST HEARING ON THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

AND NOW, comes Movant, American Honda Finance Corporation (the "Movant"), by and through its undersigned counsel, , Metz Lewis Brodman Must O'Keefe., and files this *Praecipe to Relist Hearing the Motion for Relief from the Automatic Stay* (the "Praecipe"), stating as follows:

1. On August 21, 2025, Movant filed a Motion for Relief from the Automatic Stay at Docket No. 14.

2. On August 25, 2025, the Debtor filed a *Response to Motion for Relief from the Automatic Stay* (the "Response") at Docket No. 20.

3. On August 21, 2025, a Hearing was set on the Motion for Relief from the Automatic Stay. The Hearing was scheduled for September 17, 2025, and later continued to October 15, 2026.

4. On October 15, 2026, the matter was marked as settled and a stipulation to resolve Motion for Relief from the Automatic Stay was to be filed.

<u>RELIEF REQUESTED</u>

5. Movant now requests that this Honorable Court re-list the hearing on the Motion for Relief from the Automatic Stay for April 1, 2026, at 11:00 a.m.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*

Dated: March 6, 2026