IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> VONNET HOLIDAY <br>　　Debtor, <br><br><br> AMERICAN HONDA FINANCE <br> CORPORATION <br>　　Movant, <br><br>　　　　v. <br><br> VONNET HOLIDAY, and <br> SCOTT F. WATERMAN, Chapter 13 Trustee, <br>　　Respondents. | Bankruptcy No. 25-11798-amc <br><br><br><br> Chapter 13 |

## NOTICE OF HEARING DATE

American Honda Finance Corporation has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on **August 25, 2025**, at Docket No. 17.

A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Derek J Baker on **April 1, 2026, at 11:00 a.m.** in Courtroom **#4**, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*