IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>VONNET HOLIDAY<br>    Debtor,<br><br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>    Movant,<br><br>           v.<br><br>VONNET HOLIDAY, and<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>    Respondents. | Bankruptcy No. 25-11798-amc<br><br><br><br>Chapter 13 |

AMEDED NOTICE OF HEARING DATE

American Honda Finance Corporation has filed a Praecipe to Relist Hearing on the Motion for Relief from the Automatic Stay filed on August 25, 2025, at Docket No. 17.

A hearing on the Motion for Relief from Automatic Stay is scheduled to be held before the Honorable Ashely M. Chan on April 1, 2026, at 11:00 a.m. in Courtroom #4, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA 19107.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

*Counsel for Movant*