United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-11798-amc

Vonnet Holiday                                                                        Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                               Page 1 of 3

Date Rcvd: Mar 26, 2026                         Form ID: 155                         Total Noticed: 35

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vonnet Holiday, 436 Lombardy Road, Drexel Hill, PA 19026-1329 |
| 15005769 | | Main Line Health, P.O. Box 780163, Philadelphia, PA 19178-0163 |
| 15008007 | + | PENNYMAC LOAN SERVICES, LLC, c/o MATTHEW K. FISSEL, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15005759 | + | Email/Text: bncnotifications@pheaa.org | Mar 27 2026 01:58:00 | AES/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 15005763 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 27 2026 01:59:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 15006424 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 27 2026 01:59:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 15005760 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 27 2026 02:01:57 | Affirm, 650 California Street, San Francisco, CA 94108-2716 |
| 15005761 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 27 2026 02:01:44 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15038310 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2026 02:01:55 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15005762 | + | Email/Text: JCAFF_BNC_NOTICES@JCAP.COM | Mar 27 2026 01:59:00 | American First Finance, Attn: Bankruptcy, Po Box 565848, Dallas, TX 75356-5848 |
| 15027942 | | Email/PDF: bncnotices@becket-lee.com | Mar 27 2026 02:01:56 | American First Finance, LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 15005764 | + | Email/Text: BarclaysBankDelaware@tsico.com | Mar 27 2026 01:59:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15005765 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 27 2026 02:01:44 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15047045 | | Email/Text: ECMCBKNotices@ecmc.org | Mar 27 2026 01:59:00 | Educational Credit Management Corporation (ECMC), PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 15005766 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 27 2026 01:58:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15024444 | + | Email/Text: RASEBN@raslg.com | Mar 27 2026 01:58:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 26, 2026 | Form ID: 155 | Total Noticed: 35

| | | | |
|---|---|---|---|
| | | | 100, Boca Raton, FL 33487-2853 |
| 15005767 | + Email/PDF: ais.chase.ebn@aisinfo.com | Mar 27 2026 02:01:41 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15005768 | + Email/Text: bankruptcy.us@klarna.com | Mar 27 2026 01:59:00 | Klarna, 800 N High Street, Suite 400, Columbus, OH 43215-1430 |
| 15029244 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 27 2026 02:01:44 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15022257 | + Email/Text: ext_ebn_inbox@navyfederal.org | Mar 27 2026 01:59:00 | NAVY FEDERAL CREDIT UNION, P O BOX 3000, MERRIFIELD, VA 22119-3000 |
| 15005770 | + Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Mar 27 2026 02:01:50 | Navient, Attn: Bankruptcy, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15005771 | + Email/Text: ext_ebn_inbox@navyfederal.org | Mar 27 2026 01:59:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 15005772 | ^ MEBN | Mar 27 2026 01:54:25 | PA Turnpike Commission, EZPass Customer Service Center, 300 E Park Drive, Harrisburg, PA 17111-2729 |
| 15005773 | ^ MEBN | Mar 27 2026 01:54:16 | PA Turnpike Toll By Plate, PO Box 645631, Pittsburgh, PA 15264-5254 |
| 15024133 | + Email/PDF: ebnotices@pnmac.com | Mar 27 2026 02:01:45 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 15007933 | ^ MEBN | Mar 27 2026 01:54:06 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15013250 | + Email/Text: bncnotifications@pheaa.org | Mar 27 2026 01:58:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 15027004 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 27 2026 02:01:43 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 15006257 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 27 2026 01:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 15005774 | + Email/PDF: ebnotices@pnmac.com | Mar 27 2026 02:01:58 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 15005775 | + Email/Text: bankruptcy@philapark.org | Mar 27 2026 01:59:00 | Philadelphia Parking Authority, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 15028605 | + Email/Text: bankruptcy@philapark.org | Mar 27 2026 01:59:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Suite 5400, Philadelphia, Pa 19106-1558 |
| 15005776 | + Email/Text: bankruptcy@philapark.org | Mar 27 2026 01:59:00 | Philadelphia Parking Authority, 701 Market Street, Philadelphia, PA 19106-2895 |
| 15005777 | Email/Text: bankruptcynotices@sba.gov | Mar 27 2026 01:59:00 | SBA, PO Box 3918, Portland, OR 97208-3918 |
| 15005778 | + Email/Text: bnc-thebureaus@quantum3group.com | Mar 27 2026 01:59:00 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: Mar 26, 2026                       Form ID: 155                               Total Noticed: 35

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 28, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| DAVID M. OFFEN | on behalf of Debtor Vonnet Holiday ecfmail@offenlaw.com;offendr83598@notify.bestcase.com |
| KERI P EBECK | on behalf of Creditor American Honda Finance Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                        )

    Vonnet Holiday        )        Case No. 25–11798–amc

                        )

                        )

    Debtor(s).           )        Chapter: 13

                        )

                        )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 25, 2026                      For The Court

                                        Ashely M. Chan
                                        Chief Judge, United States Bankruptcy Court