IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>VONNET HOLIDAY<br>     Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION<br>     Movant,<br><br>    v.<br><br>VONNET HOLIDAY, and<br>SCOTT F. WATERMAN, Trustee,<br>     Respondents. | Bankruptcy No. 25-11798-amc<br><br><br>Chapter 13 |

**PRAECIPE TO WITHDRAW MOVANT'S MOTION FOR RELIEF FROM STAY**

TO THE CLERK OF COURTS:

Kindly withdraw the *Movant's Motion for Relief from Stay as to the 2024 Honda Accord* filed on behalf of American Honda Finance Corporation, on August 21, 2025, at Document No. 17.

Dated: March 31, 2026

Respectfully submitted,

METZ LEWIS BRODMAN MUST
O'KEEFE

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112