Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Vonnet Holiday
436 Lombardy Road
Drexel Hill, PA 19026

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE

## REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 08/01/2025 to 07/31/2026

**Chapter 13 Case No. 25-11798-AMC**

Petition Filed Date: 05/06/2025
341 Hearing Date: 06/06/2025
Confirmation Date: 03/25/2026

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/11/2025 | $540.00 | | 09/04/2025 | $540.00 | | 10/16/2025 | $540.00 | |
| 11/13/2025 | $550.00 | | 12/09/2025 | $550.00 | | 01/12/2026 | $550.00 | |
| 02/02/2026 | $550.00 | | 02/17/2026 | $550.00 | | 03/16/2026 | $550.00 | |
| 05/11/2026 | $550.00 | | 06/12/2026 | $550.00 | | 07/09/2026 | $550.00 | |

**Total Receipts for the Period: $6,570.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $7,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID M OFFEN ESQUIRE | Attorney Fees | $4,725.00 | $4,725.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $700.22 | $700.22 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $56.11 | $0.00 | $56.11 |
| 3 | AMERICAN HONDA FINANCE CORP<br>»» 002 | Secured Creditors | $541.96 | $72.44 | $469.52 |
| 4 | EDUCATIONAL CREDIT MGMT CORP<br>»» 003 | Unsecured Creditors | $15,234.79 | $0.00 | $15,234.79 |
| 5 | NAVY FEDERAL CREDIT UNION<br>»» 004 | Unsecured Creditors | $17,045.32 | $0.00 | $17,045.32 |
| 6 | NAVY FEDERAL CREDIT UNION<br>»» 005 | Unsecured Creditors | $20,545.84 | $0.00 | $20,545.84 |
| 7 | PENNYMAC LOAN SERVICES LLC<br>»» 06A | Mortgage Arrears | $12,031.92 | $1,608.16 | $10,423.76 |
| 8 | JP MORGAN CHASE BANK NA<br>»» 007 | Unsecured Creditors | $9,711.30 | $0.00 | $9,711.30 |
| 9 | JP MORGAN CHASE BANK NA<br>»» 008 | Unsecured Creditors | $655.55 | $0.00 | $655.55 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 009 | Unsecured Creditors | $5,204.12 | $0.00 | $5,204.12 |
| 11 | AMERICAN FIRST FINANCE<br>»» 010 | Unsecured Creditors | $217.97 | $0.00 | $217.97 |
| 12 | PHILADELPHIA PARKING AUTHORITY<br>»» 011 | Unsecured Creditors | $1,251.00 | $0.00 | $1,251.00 |

**Chapter 13 Case No. 25-11798-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $9,216.27 | $0.00 | $9,216.27 |
| 14 | AIDVANTAGE on behalf of DEPT OF ED<br>»» 013 | Unsecured Creditors | $45,608.04 | $0.00 | $45,608.04 |
| 15 | PENNYMAC LOAN SERVICES LLC<br>»» 06B | Secured Creditors | $24,829.70 | $0.00 | $24,829.70 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,660.00 | Current Monthly Payment: | $550.00 |
| Paid to Claims: | $7,105.82 | Arrearages: | $0.00 |
| Paid to Trustee: | $554.18 | Total Plan Base: | $20,310.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.